Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–21585–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nicholas K. Romer
22 Monroe Place
Basking Ridge, NJ 07920

Joella Devone–Romer
22 Monroe Place
Basking Ridge, NJ 07920

Social Security No.:
xxx–xx–1679                                                        xxx–xx–4610

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on May 10, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 10, 2018
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas K. Romer  
Joella Devone-Romer  
    Debtors

Case No. 17-21585-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 10, 2018  
                         Form ID: 148      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.

```
db/jdb          +Nicholas K. Romer,    Joella Devone-Romer,    22 Monroe Place,    Basking Ridge, NJ 07920-1120
lm              +Kirkland Financial, LLC,    3000 Business Park Circle,    Goodlettsville, TN 37072-3500
cr              +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Knuckles, Komosinski & Manfro, LLP,
                  565 Taxter Road Suite 590,    Elmsford, NY 10523-2300
516867378       +Awa Collections,    Awa Collections,    1045 W Katella Ave,    Orange, CA 92867-3561
517130143        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA  98083-0657
516867380       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
517013419       +Hunterdon Endosurgery Center,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                  Parsippany NJ 07054-5020
516867381       +Kirkland Financial LLC,    c/o Stern & Eisenberg, P.C.,    1040 N. Kings Highway,    Suite 407,
                  Cherry Hill, NJ 08034-1925
517069121       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
517068709       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517051847       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
516867384       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517059811       +Wilmington Savings Fund,    FCI Lender Services,    POB 27370,    Anaheim Hills, CA 92809-0112
517058558       +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Law Offices of,
                  Knuckles, Komosinski & Manfro, LLP,    565 Taxter Road, Suite 590,
                  Elmsford, New York 10523-2300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 23:27:36     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 23:27:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517031443        EDI: BECKLEE.COM May 11 2018 02:58:00      American Express Centurion Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516867377       +EDI: AMEREXPR.COM May 11 2018 02:58:00      Amex,    Correspondence,    Po Box 981540,
                  El Paso, TX 79998-1540
517356995       +EDI: IRS.COM May 11 2018 02:58:00      Department of Treasury,    Internal Revenue Service,
                  P O Box 7346,    Philadelphia, PA 19101-7346
516874585        EDI: DISCOVER.COM May 11 2018 02:58:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
516867379       +EDI: DISCOVER.COM May 11 2018 02:58:00      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
516867382        EDI: TFSR.COM May 11 2018 02:58:00      Toyota Motor Credit Co,    Toyota Financial Services,
                  Po Box 8026,    Cedar Rapids, IA 52408
516984622        EDI: AIS.COM May 11 2018 02:58:00      Verizon,    by American InfoSource LP as agent,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
517001630       +EDI: AIS.COM May 11 2018 02:58:00      Verizon by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516867385       +E-mail/Text: vci.bkcy@vwcredit.com May 10 2018 23:27:45      Volkswagen Credit, Inc,    Po Box 3,
                  Hillsboro, OR 97123-0003
516977968       +EDI: WFFC.COM May 11 2018 02:58:00      Wells Fargo Bank, National Association,    P.O. Box 6165,
                  El Monte, CA 91734-6165
                                                                                               TOTAL: 12
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
516867383*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co.,    90 Chrystal Run Road,
                  Middletown, NY 10940)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 10, 2018
                              Form ID: 148             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust as Owner Trustee of the Residential Credit Opportunities Trust III kbo@kkmllp.com,
           nmm@kkmllp.com
          Karen B. Olson    on behalf of Loss Mitigation    Kirkland Financial, LLC kbo@kkmllp.com,
           nmm@kkmllp.com
          Mark Ira Lefkowicz    on behalf of Joint Debtor Joella   Devone-Romer mil@lglawyers.com
          Mark Ira Lefkowicz    on behalf of Debtor Nicholas K. Romer mil@lglawyers.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 8
```